FIRST NATIONAL ACCEPTANCE CORPORATION, A CORPORATION, PLAINTIFF-RESPONDENT, v. JAMES ANNETT, DEFENDANT, AND CALVIN R. ANNETT, DEFENDANT-APPELLANT.

Submitted October 27, 1939—Decided January 25, 1940.

For the plaintiff respondent. *Samuel Tartalsky* and *Edward Zubalsky.*

For the defendant-appellant, *Samuel J. Davidson.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, BODINE, HEHER, PORTER, DEAR, WELLS, WOLFSKEIL, HAGUE, JJ. 8.

*For reversal*—THE CHANCELLOR, CASE, DONGES, HETFIELD, RAFFERTY, JJ. 5.